UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

BRENT PERKINS and DARLA PERKINS, )
husband and wife, and BRENT PERKINS )
and DARLA PERKINS as Trustees of the )
BRENT W. & DARLA A. PERKINS )
LIVING TRUST, )
                                          )
                     Plaintiffs, )
                                          )
vs. )    Case No. 16-cv-00171-RAW
                                          )
CITATION OIL & GAS CORP., a )
Delaware corporation, )
                                          )
                     Defendant. )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Brent Perkins and Darla Perkins, husband and wife, and Brent Perkins and Darla Perkins as Trustees of the Brent W. & Darla A. Perkins Living Trust, and Defendant, Citation Oil & Gas Corp., a Delaware corporation, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to dismiss with prejudice the above-captioned lawsuit.

Submitted this 8 day of March, 2017.

s/ _____
Kenneth R. Johnston, OBA#4737
Wes Johnston, OBA #13704
JOHNSTON & ASSOCIATES
118 North Fourth Street, P.O. Box "F"
Chickasha, Oklahoma 73023
Telephone: (405) 224-4000
Facsimile: (405) 224-0003
Email: wes@johnstonlawfirmok.com
**Attorney for Plaintiffs**

s/ _____
F. Thomas Cordell, OBA #1912
Timothy J. Prentice, OBA #22689
FRAILEY, CHAFFIN, CORDELL, PERRYMAN & STERKEL LLP
201 North 4th Street
P.O. Box 533
Chickasha, OK 73023
Telephone: (405) 224-0237
Facsimile: (405) 222-2319
Email: tcordell@fccpsm.com
Email: prentice@fccpsm.com
**Attorneys for Defendant**